**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTBURY COMMUNITY HOSPITAL, LLC, | § | Case No. 12-33651-H1-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

**NOTICE OF ORDER APPROVING BID PROCEDURES**

Pursuant to this Court's Order Approving Bid Procedure entered on May 7, 2015 (Doc. No. 674), Allison D. Byman ("Trustee"), chapter 11 trustee of Westbury Community Hospital, LLC, files this Notice of Order Approving Bid Procedures.

PLEASE TAKE NOTICE that a copy of the Order Approving Bid Procedures (the "Bidding Procedures Order") is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that the Bidding Procedures Order shall govern the sale and auction of substantially all of the assets and/or business operations of the Debtor.

PLEASE TAKE FURTHER NOTICE that any party that desires to participate in the Auction of the Debtor's assets must become a Qualified Bidder, as defined in paragraph 3 of the Bidding Procedures Order, by no later than 5:00 p.m. Prevailing Central Time on June 5, 2015.

PLEASE TAKE FURTHER NOTICE that if one or more Qualified Bids are submitted in accordance with the Bidding Procedures Order, the Trustee will conduct an auction (the "Auction") to be held on June 9, 2015 commencing at 10:00 a.m., Prevailing Central Time, at the offices of Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002.

PLEASE TAKE FURTHER NOTICE that a hearing to approve the sale to the Highest and Best Bidder will be conducted by the Bankruptcy Court on June 29, 2015 at 9:00 a.m. (Prevailing Central Time).

PLEASE TAKE FURTHER NOTICE that any inquiries regarding the foregoing should be directed to the Trustee's counsel listed below.

Dated:  May 8, 2015

2

        Respectfully submitted,

By:  /s/ Aaron J. Power
      Joshua W. Wolfshohl
      State Bar No. 24038592
      Aaron J. Power
      State Bar No. 24058058
      1000 Main Street, 36th Floor
      Houston, TX 77002
      (713) 226-6695
      (713) 226-6295 (fax)

      **Proposed Counsel for the
      Chapter 11 Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on May 8, 2015.

      /s/ Aaron J. Power
      Aaron J. Power

2

SERVICE LIST

Bayou City Research, Ltd.
c/o Peter C. Ruggero
Ruggero Law Firm PC
1411 West Avenue, Suite 200
Austin, TX  78701-1537

Bluecross Blueshield of Tennessee, Inc.
1 Cameron Hill Circle
Chattanooga, TN  37402-2555

Energy Future Holdings Corp.
350 N. Saint Paul Street
Suite 2900
Dallas, TX  75201-4234

GE Oil & Gas Logging Services, Inc.
d/b/a GE
c/o Kristin N. Wallis
Dore Mahoney law Group, P.C.
17171 Park Row, Suite 160
Houston, TX  77084-4927

GE Oil & Gas Pressure Control, LP
c/o Kristin N. Wallis
Dore Mahoney Law Group, P.c.
17171 Park Row
Suite 160
Houston, TX  77084-4927

Harris County
c/o John P. Dillman
Post Office Box 3064
Houston, TX  77253-3064

Iron Mountain Information Management, Inc.
745 Atlantic Avenue, 10th Floor
Attn:  Joseph Corrigan
Boston, MA  02111-2735

Novitas Solutions, Inc.
c/o C T corporation Systems
350 North St. Paul Street
Suite 2900
Dallas, TX  75201-4234

Riverside Claims LLC
P O Box 626
Planetarium Station
New York, NY  10024-0626

Sullivan Stolier Knight, LC
909 Poydras Street
Suite 2600
New Orleans, LA  70112-1033

Texas Department of State Health Services
c/o Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548  MC-008
Austin, TX  78711-2548

Texas Health and Human Services Commission
c/o the Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548  MC-008
Austin, TX  78711-2548

UGHS Management Services, Inc.
c/o Kristin N. Wallis
Dore Mahoney Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX  77084-4927

Wallis State Bank
908 Town & Country Blvd.
Suite 400
Houston, TX  77024-2209

Warren H. Smith & Associations, P.C.
Warren H. Smith & Associates
2235 Ridge Road Suite 105
Rockwall, TX  75087-5142

1

Westbury Community Hospital LLC
5556 Gasmer
Houston, TX  77035-4563

TW Telecom Inc.
c/o Linda Boyle
10475 Park Meadows Dr. #400
Littleton, CO  80124-5433

3-Tier Communications, LLC
5710 West 34th Suite E
Houston, TX  77092-6520

5556 Gasmer Management, LLC
c/o T. Josh Judd
5847 San Felipe, Suite 2200
Houston, TX  77057-3198

5556 Gasmer, L.P.
6060 Richmond Avenue, Suite 380
Houston, TX  77057-6224

AAA Flexible Pipe Cleaning Inc.
3900 Underwood Road
La Porte, TX  77571-3930

ADT Security Services
Bankruptcy Department
8880 Esters Blvd.
Irving, TX  75063-2406

ADT Security Services
P.O. Box 371956
Pittsburgh, PA  15250-7956

ADT Security Services
PO Box 660418
Dallas, TX  75266-0418

AFS Security
PO Box 573
Tomball, TX  77377-0573

AT&T
P.O. Box 5001
Carol Stream, IL  60197-5001

Abel A. Montalvo
1906 Wildwood Lane
Richmond, TX  77406-1345

Admiral Linen & Uniform Service
2030 Kipling
Houston, TX  77098-1532

Airgas Southwest, Inc.
PO Box 676031
Dallas, TX  75267-6031

Airgas USA, LLC
f/k/a Airgas SouthWest, Inc.
Attn:  Lisa Menton
110 West Seventh Street, Suite 1300
Tulsa, OK  74119-1106

Ally Financial
P.O. Box 9001952
Louisville, KY  40290-1952

Aman Ali Jafar, MD
3531 Town Center Blvd.
Suite 101
Sugar Land, TX  77479-2591

American Medical Response
P.O. Box 847343
Dallas, TX  75284-7343

AmerisourceBergen
12727 West Airport Blvd.
Sugar land, TX  77478-6101

AmerisourceBergen Drug Corp.
1300 Morris Drive
Chesterbrook, PA  19087-5559

Ardenwood Group
6600 Hornwood Dr.
Houston, TX  77074

3

Aretha Johnson
d/b/a Liberty Island
9009 Boone Rd.
Houston, TX  77099-2033

Arif M. Shoaib, M.D.
2411 Fountainview
Suite 217
Houston, TX  77057-4803

Armor Fire & Sound
PO Box 573
Tomball, TX  77377-0573

Austin Orette, MD
6550 Maple Ridge
Suite 218
Houston, TX  77081-4647

BCBS of Tennessee
Receipts Department
PO Box 6539
Carol Stream, IL  60197-6539

Bartley TX Bldrs Hdwe, Inc.
5802 Jessamine
Houston, TX  77081-6591

Beal Consulting Group
2600 South Loop West Suite 562
Houston, TX  77054-2653

Bell Tech Enterprises, Inc.
12000 Richmond Ave., Suite 130
Houston, TX  77082-2429

Bhandara Family Living Trust
6060 Richmond Avenue, Suite 380
Houston, TX  77057-6224

Bracewell & Giuliani LLP
PO Box 848566
Dallas, TX  75284-8566

Braeswood Foods
c/o Marsam Management
1921 Southwest Freeway
Houston, TX  77098-4803

Brawner Paper Company, Inc.
P.O. Box 15272
Houston, TX  77220-5272

Broadvox Go! LLC
1228 Euclid Ave., Suite 390
Cleveland, OH  44115-1800

BrownSims
1177 West Loop South
Tenth Floor
Houston, TX  77027-9006

CLS Technology Inc.
5206 East 3rd Street
Katy, TX  77493-2112

CareFusion Solutions, LLC
25082 Network Place
Chicago, IL  60673-1250

Carstens
PO Box 99110
Chicago, IL  60693-9110

Centerpoint Energy
PO Box 2628
Houston, TX  77252-2628

Centerpoint Energy
PO Box 4981
Houston, TX  77210-4981

Chef Jenkins Southern Bistro
2011 Fairwood Ct.
Pearland, TX  77581-6443

Citgo Check Cash
6750 Hillcroft St.
Houston, TX  77081-4804

Citgo Check Cash
Attn:  Mohammad Uddin
c/o Afton Janez Izen
5222 Spruce Street
Bellaire, TX  77401-3311

City of Baytown
PO Bo 203622
Houston, TX  77216-3622

City of Baytown
c/o Randall B. Strong
Attorney at Law
407 W. Baker Rd. Suite T
Baytown, TX  77521-2377

City of Houston
Fire Permit Office
P.O. Box 3625
Houston, TX  77253-3625

City of Houston
Mechanical Section-Boilers
PO Box 61167
Houston, TX  77208-1167

City of Houston
Solid Waste Mgmt Dept.
Permit Section
P.O. Box 1562
Houston, TX  77251-1562

City of Houston
Water Department
PO Box 1560
Houston, TX  77251-1560

City of Houston, Texas
c/o John M. Helms
P.O. Box 368
Houston, TX  77001-0368

Cleveland Radiology Associates
8303 Vintage Creek Drive
Spring, TX  77379-6312

Comcast
PO Box 660618
Dallas, TX  75266-0618

Communications Associates
1287 North Post Oak Rd.
Suite 190
Houston, TX  77055-7252

Comptroller of Public Accounts
c/o Office of the Attorney General
Bankruptcy – Collections Division
PO Box 12548
Austin, TX  78711-2548

Continuum Healthcare
750 Old Hickory Blvd.
Suite 2-100
Brentwood, TN  37027-4528

Continuum Management LLC
750 Old Hickory Blvd.
Suite 2-100
Brentwood, TN  37027-4528

Cooler's Inc.
6922 Alder Drive
Houston, TX  77081-5606

Cross/Talk Communications, Inc.
14315 Inwood Rd., Suite 104
Dallas, TX  75244-8234

DP Communications, LLC
20623 Plaza Circle
Crosby, TX  77532-6634

Daniel Tan, MD
10101 SW Freeway, Suite 510
Houston, TX  77074-1110

David Edson
4816 Kylemore Ct.
Palm Harbors, FL  34685-2699

4

4918264v1

David Medearis
Sullins & Johnston
3200 Southwest Freeway #2200
Houston, TX  77027-7533

Debbie Kyles

5223 Belvedere Dr.
Rosenberg, TX  77471-6711

Det Norske Veritas Healthcare
1400 Ravello Drive
Katy, TX  77449-5164

Discount Tire
PO Box 29851
Phoenix, AZ  85038-9851

Dominick D'Aunno, MD
1708 Elmen Street
Houston, TX  77019-5702

Don Sumners
Tax Assessor-Collector
P.O. Box 3547
Houston, TX  77253-3547

Downtown Hospital LLC
Attn:  F. Bhandara
6060 Richmond, Suite 380
Houston, TX  77057-6224

Dr. Bob Rouse
5151 Edloe #6301
Houston, TX  77005-1193

Dr. Eileen Starbranch
2600 Gessner Dr. Suite 280
Houston, TX  77080-3898

Dr. Leo Borrell
2214 Driscoll St.
Houston, TX  77019-6844

EPS, Inc.
Lock Box 427

Jamison, PA  18929-0427

Elite Clinical Laboratory LLC
1800 St. James Place
Suite 400
Houston, TX  77056-4187

Elite Clinical Laboratory, Inc.
c/o Manju Gupta, Esq.
McDonald Hopkins LLC
600 Superior Avenue East
Suite 2100
Cleveland, OH  44114-2653

Emilio Cardona, M.D.
7515 S. Main, Suite 600
Houston, TX  77030-4515

Empire Waste, Ltd.
PO Box 670147
Houston, TX  77267-0147

Employment Risk Systems
P.O. Box 161990
Austin, TX  78716-1990

Everhealth Management, LLC
7324 Southwest Frwy
Houston, TX  77074-2012

Excess Materials Management
3212 Band Road
Rosenberg, TX  77471-8691

F9 – Infor Global Solutions
c/o T10113
P.O. Box 10113
Postal Station A
Toronto, OH  M5W 2B1

Firetrol Protection Systems
400 Garden Oaks
Houston, TX  77018-5504

FedEx
P.O. Box 660481

5

4918264v1

Dallas, TX  75266-0481

FedEx TechConnect, Inc.
Attn:  Revenue Recovery/Bankruptcy
3965 Airways Blvd. Module G, 3rd Floor
Memphis, TN  38116-5017

Feroze Bhandara
6060 Richmond Avenue, Suite 380
Houston, TX  77057-6224

Fiesta Inspection Inc.
5930 Bellaire Blvd.
Houston, TX  77081-5502

Filter Technology Co., Inc.
9018-B Scranton
Houston, TX  77075-1121

FireTron, Inc
PO Box 1604
Stafford, TX  77497-1604

First Medical Respond
4477 North Freeway
Houston, TX  77022-6229

Four Points Compliance, LLC
312 Hollybrook Cres
Nashville, TN  37221-7907

Frank Blair
117 Clydelan Ct.
Nashville, TN  37205-4203

Fred Bhandara
6060 Richmond Avenue, Suite 380
Houston, TX  77057-6224

Fuelman
P.O. Box 105080
Atlanta, GA  30348-5080

DGF Suez energy Resources
PO Box 25237
Lehigh Valley, PA  18002-5237

Gamma Waste Systems
712 Pasadena Freeway
Pasadena, TX  77506-1414

GlaxoSmithKline Pharmaceutical
P.O. Box 740415
Atlanta, GA  30374-0415

GlaxoSmithKline Pharmaceuticals
200 N. 16th Street
Philadelphia, PA  19102-1225

Goodman Janitorial Supplies
12450 Bissonnet
Suite 160
Houston, TX  77099-6300

Grainger
Dept. 878610633
PO Box 419267
Kansas City, MO  64141-6267

Gulf Coast Boiler Service Co.
P.O. Box 710528
Houston, TX  77271-0528

HCL Services, LLC
4439 W. 12th St.
Houston, TX  77055-7207

HDK Enterprises
7700 Main Street
Houston, TX  77030-4456

Harris County Tax Assessor
1001 Preston
Houston, TX  77002-1899

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX  77253-3064

6

4918264v1

Hoover Slovacek LLP
Attn:  Lewis S. Kasner
5847 San Felipe, Suite 2200
Houston, TX  77057-3198

Hornwood Emergency Physicians
PO Box 98578
Las Vegas, NV  89193-8578

Hotchkiss Disposal Services
PO Box 2742
Baytown, TX  77522-2742

Houston Fire Department
P.O. Box 3625
Houston, TX  77253-3625

Hungry Mary Enterprises
1113 Commerce St.
Houston, TX  77002-1910

Hunter Pharmacy Services
3420 Executive Center Dr.
Suite 100
Austin, TX  78731-1625

IDCSERVCO
P.O. Box 1925
Culver City, CA  90232-1925

IPFS Corporation
30 Montgomery Street
Suite 1000
Jersey City, NJ  07302-3865

Industrial Fire Equipment
204 N. Palmer St.
Houston, TX  77003-1615

Innovative Office Products
2461 Santa Monica Blvd. #509
Santa Monica, CA  90404-2138

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Iron Mountain
P.O. Box 915004
Dallas, TX  75391-5004

Iron Mountain Information Management, Inc.
Attn:  Joseph Corrigan
745 Atlantic Avenue, 10th Floor
Boston, MA  02111-2735

Ivans
P.O. Box 850001
Orlando, FL  32885-0033

JS Mobile Welding
13743 Shirebrook Dr.
Sugarland, TX  77498-2433

Jason Miner
1103 Glendale Dr.
Sugar Land, TX  77479-6240

Jeff Parsons
380 Towne Vue
San Antonio, TX  78213-2519

Jennifer Vester
c/o Jonathan Sandstrom Hill
Ross Law Group
1104 San Antonio St.
Austin, TSX  78701-2109

Jerry Skinner
6502 Woodhaven St.
Pearland, TX  77584-7013

John Pickett
818 Mayweather Lane
Richmond, TX  77406-2354

Johnson Supply
PO Box 4481
MSC #500
Houston, TX  77210-4481

7

4918264v1

Jorge Raichman, M.D.
7500 Beechnut
Suite 214
Houston, TX  77074-4398

Kathy Bubela
217 Thelma Drive
Corpus Christi, TX  78418-3143

KonicaMinoltaBusiness Solutions
Dept. 2366
P.O. Box 122366
Dallas, TX  75312-2366

Lane Equipment Co.
P.O. Box 540909
Houston, TX  77254-0909

Lease Corporation of America
3150 Livernois, Suite 300
Troy, MI  48083-5000

Letsos Company
PO Box 36927
Houston, TX  77236-6927

Liquid Waste Solutions
650 West Bough Suite 150
Houston, TX  77024-4099

Logix Communications
c/o Monique Sampson
2950 North Loop West, 8th Floor
Houston, TX  77092-8846

Luby's Fuddruckers Restaurants LLC
c/o Richard L. Fuqua
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, TX  77056-2131

Luby's Restaurant, LP
PO Box 202183
Dallas, TX  75320-2813

Lucy's Commercial Services
16926 Judy Leigh Drive
Houston, TX  77084-1951

MHMRA
7011 Southwest Freeway
Houston, TX  77074-2007

Matthew Brams, MD
550 Westcott #520
Houston, TX  77007-9001

Med Advantage
11301 Corporate Blvd., Suite 300
Orlando, FL  32817-1445

Medi-Dose, Inc.
Customer#11-0045008
Lock Box 238
Jamison, PA  18929-0238

Medical Supplies & Equipment
6420 Richmond Avenue, Suite 233
Houston, TX  77057-5907

Medline Industries, Inc.
Attn:  Anne Kisha
One Medline Place
Mundelein, IL  60060-4486

Memorial Hermann Hospital System
David Medearis
Sullins & Johnston
3200 Southwest Freeway, Suite 2200
Houston, TX  77027-7533

Metro Printing Corp.
U8914 daffodil
Houston, TX  77063-5536

Michael E. Clark
1330 Post Oak Blvd. Suite 800
Houston, TX  77056-3166

8

Mid-West Electric Co., Inc.
3828 Pinemont
Houston, TX  77018-1299

Minuteman Press
1171 Brittmoore Rd.
Houston, TX  77043-5003

Muneris Capital Group, LLC
526 Seventh Avenue, 6th Floor
New York, NY  10018-4827

Nova Healthcare Centers
110 Cypress Station, Suite 280
Houston, TX  77090-1639

Novus & Fortis LLC
4243 Cook Rd.
Houston, TX  77072-1102

Nursefinders
PO Box 910738
Dallas, TX  75391-0738

Nursefinders, LLC
Attn:  Legal Department
12400 High Bluff Drive
San Diego, CA  92130-3077

Citibank
PO Box 790034
St. Louis, MO  63179-0034

Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, TX  77002-2604

OptumHealth Financial Services
PO Box 367
Anoka, MN  55303-0367

Ozarka
P.O. Box 856680
Louisville, KY  40285-6680

Pages Printing
113 Colglazier
San Antonio, TX  78223-2321

Pharma Foods/2040 café
2040 North Loop West
Houston, TX  77018-8127

Pharmstat Pharmacy Staffing
2801 Coltrane Place, Suite 3
Edmond, OK  73034-6782

Porte Café
904 W. Barbours Cut Blvd.
La Porte, TX  77571-3238

Prognosis HIS
1010 Lamar Street
Houston, TX  77002-6311

Prognosis Health Information Systems, LLC
c/o Robert L. Paddock
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX  77002-4499

RABKA Pest Control
6311 Gabrielle Canyon Ct.
Katy, TX  77450-8747

Reann T. Wielgot
5917 Raven Hill Rd.
Corpus Christi, TX  78414-3409

Raintree Systems, Inc.
27307 Via Industrial
Temecula, CA  92590-3699

RediAnswer, LLC
5638 Winsome Lane
Houston, TX  77057-5730

Regions Bank
1900 Fifth Avenue North
Birmingham, AL  35203-2610

Regions Bank
Attn:  Bobby Hawkins
8182 Maryland Avenue
Mail Code MOSL202011
St. Louis, MO  63105-3786

Remote Pharmacy Staffing
7307 Starflower
Katy, TX  77494-0179

Riaz Mazcuri, M.D.
11434 Ashford Haven
Sugar Land, TX  77478-6164

Rodom Medical Consulting
1708 Elmen Street
Houston, TX  77019-5702

Roger W. Glass
9403 Gingerstone Ct.
Richmond, TX  77469-4795

Rosrin Wuithiranyagool
12315 Meadow Crest
Stafford, TX  77477-1644

SGS
4965 Preston Park Blvd.
Suite 750
Plano, TX  75093-8324

Security Nationwide Services
6776 Southwest Frwy, Suite 260
Houston, TX  77074-2119

Security Nationwide Services Inc.
c/o Abel Manji
12603 SW Freeway, Suite 688
Suite 688
Stafford, TX  77477-3856

Shawn Herndon
4522 Sylvanfield Dr. #612
Houston, TX  77014-1681

Staples Advantage
P.O. Box 71217
Chicago, IL  60694-1217

Steven Houstworth
Westbury Community Hospital
5556 Gasmer Rd.
Houston, TX  77035-4563

Sullivan Stolier
909 Poydras St. Suite 2600
New Orleans, LA  70112-1033

Sullivan Stolier & Resor
1042 Camelia Blvd., Suite 2
Lafayette, LA  70508-6100

Summa Health System
Attn:  Aileen Jencius
750 Arch St., Suite G1
Akron, OH  44304

Superior Global Solutions, Inc.
4965 Preston Park Blvd.
Suite 750
Plano, TX  75093-8324

T-System, Inc.
Dept. 2537
P.O. Box 122537
Dallas, TX  75312-2537

TV Max now Wavevision
10300 Westoffice Drive
Suite 200
Houston, TX  77042-5329

TW Telecom Inc.
10475 Park Meadows Drive
Littleton, CO  80124-5433

TXU Energy Retail Company LP
c/o Bankruptcy Department
PO Box 650393
Dallas, TX  75265-0393

Tara Energy Resources
PO Box 203897
Houston, TX  77216-3897

Tejas
11811 East Frwy, Suite 230
Houston, TX  77029-1951

Tel West Network Services
PO Box 8153
Austin, TX  78708-1553

Tennessee Oaks Leasing, LLC
750 Old Hickory Blvd. Suite 2-100
Brentwood, TN  37027-4528

Terminix
P.O. Box 742592
Cincinnati, OH  45274-2592

Texas Applications Specialists
2915 Hollow Creek Dr.
Houston, TX  77082-2037

Texas Health and Human Services Commission
5900 North Lamar Blvd., 4th Floor
Austin, TX  78751-2316

Texas Power
4025 Woodland park Blvd.
Suite 220
Arlington, TX  76013-8051

Texas Workforce Commission
Regulatory Integrity Division –SAU
Room 556
101 E. 15th Street
Austin, TX  78778-0001

The Good Shepherd Copiers
8633 W. Airport
Suite 1009
Houston, TX  77071-2479

The Sherwin-Williams Co.
2929 Chimney Rock
Houston, TX  77056-5924

Tip-In Enterprises
7910 Hazybrook Lane
Humble, TX  77396-3472

Troy Brooks & Associates, PC
One Arena Place
7322 Southwest Frwy Suite 688
Houston, TX  77074-21467

Twenty 40 Café & Catering
2040 North Loop West
Houston, TX  77018-8127

U.S. Dept. of Health and Human Services
Center for Medicare & Medicaid Services
Attn:  Charlotte G. Foster, Assoc. Region
150 S. Independence Mall West, Suite 216
Philadelphia, PA  19106-3499

US Telecom
P.O. Box 970
La Verne, CA  91750-0970

Ultra Building Services
10501 Corporate Drive
Stafford, TX  77477-4003

United Auto Center
6325 Bissonnet St.
Houston, TX  77074-6517

Universal Engine
772 McCarty Street
Houston, TX  77029-1148

Ventilation Services, Inc.
4930 Dacoma St., Suite G
Houston, TX  77092-7715

Verizon
404 Brock Drive
Bloomington, IL  61701-2654

4918264v1

Verizon
P.O. Box 660108
Dallas, TX  75266-0108

Verizon Southwest
PO Box 920041
Dallas, TX  75392-0041

Verizon Wireless
PO Box 3397
Bloomington, IL  61702-3397

Verizon Wireless
PO Box 660108
Dallas, TX  75266-0108

Village at West University
5151 Edloe
Houston, TX  77005-1102

Vista Air Services
5425 Brookfield
Houston, TX  77045-6007

W W Grainer, Inc.
Attn:  Special Collections Dept.
MES178878610633
7300 N. Melvina
Niles, IL  60714-3906

Wallis State Bank
4100 Westheimer #100
Houston, TX  77027-4427

Wallis State Bank
P.O. Box 339
Wallis, TX  77485-0339

Wallis State Bank
c/o Guido Piggott
2929 W. Sam Houston Pkwy #100
Houston, TX  77043-1613

Waste Management
P.O. Box 660345
Dallas, TX  75266-0345

Whitaker Medical, LLC
Dept. 105
PO Box 4346
Houston, TX  77210-4346

Xerox Corporation
P.O. Box 650361
Dallas, TX  75265-0361

Xiaoquing Liu
4010 Falkirk Lane
Houston, TX  77025-2908

Zaki Moin, M.D.
5319 Dawnington Place
Sugar Land, TX  77479-4209

eFax Corporate
c/o j2 Global Communications
P.O. Box 51873
Los Angeles, CA  90051-6173

iSource Solutions, Inc.
23441 Golden Springs Drive
#346
Diamond Bar, CA  91765-2030

J2 Global Communications Inc.
6922 Hollywood Blvd., #500
Los Angeles, CA  90028-6125

Allison D. Byman
Hughes Watters Askanase LLP
Three Allen Center
333 Clay Street, 29th Floor
Houston, TX  77002-2571

Brenda T. Cubbage
Squire Patton Boggs (US) LLP
2000 McKinney Ave., Suite 1700
Dallas, TX  75201-2085

4918264v1

Lynn Hamilton Butler
Brown McCarroll, L.L.P.
111 Congress Ave., Suite 1400
Austin, TX  78701-4093

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX  78701-4093

Manju Gupta
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114-2653

Marchris C. Robinson
Robinson Law Group, PLLC
4203 Yoakum Blvd., Suite 310
Houston, TX  77006-5455

Matthew Brams
c/o Peter C. Ruggero
Ruggero Law Firm PC
1411 West Avenue, Suite 200
Austin, TX  78701-1537

Meagan Martin
Standly & Hamilton LLP
325 N. St. Paul Street, Suite 3300
Dallas, TX  75201-3920

Pamela Rose
Law Office of Pamela Rose
P.O. Box 2003
Missouri, City, TX  77459-9003

Harris County Health Systems
Dr. Stephen Glazier
UT Harris County Psychiatric Center
2800 S. Macgregor Way
Houston, TX  77021

Hospital Investment Group, LLC
J. Michael Mullin
mikemullin@hospitalinvestmentgroup.com

University General Hospital
Donald Sapaugh
dsapaugh@ughs.net

Apex Hospital
Sohail Siddiqui, M.D.
Sid7@comcast.net

Oglethorpe, Inc.
Bob Cohen
TAMIAMI207@aol.com

MCR Capital Advisors/Intracare
Patrick Magill
magillp@mcrcapitaladvisors.com

Walt Crowder
wcrowder@amedhomehealth.com

Dr. Valdes
ivaldes@gmail.com

Sam Alam
sam@drisonline.com

Ron Latta/Arrowhead Group
ron@rlfas.com

Reggie P. Abraham
apreggie@yahoo.com

Irving Sawyers
danyirv@aol.com

Freedom Healthcare
Jason Reed
jreed@freedomhealthcare.org

US HealthVest
Randy Kaniecki
rkaniecki@ushealthvest.com

Centerpointe
Samir Malik
Samir.malik2@gmail.com

13

4918264v1