UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-33651-H1-7 |
| | § | |
| WESTBURY COMMUNITY | § | |
| HOSPITAL LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law. The Trustee hereby requests to be discharged from further duties as a Trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $7,136,591.65 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $27,319.38 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,072,680.62 | | |

3)   Total gross receipts of $1,100,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,100,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $11,979,833.97 | $6,703,418.91 | $5,226,716.47 | $27,319.38 |
| Priority Claims: | | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $23,420.80 | $23,420.80 | $23,420.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $873,710.70 | $873,710.70 | $1,049,259.82 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,362,318.63 | $1,362,318.63 | $248,466.19 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,495,490.45 | $7,383,826.51 | $7,383,826.51 | $0.00 |
| **Total Disbursements** | $20,837,643.05 | $16,346,695.55 | $13,756,140.67 | $1,100,000.00 |

4).   This case was originally filed under Chapter 11 on 05/14/2012. The case was converted to one under Chapter 7 on 08/10/2015. The case was pending for 20 months.

5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/26/2017                                          By:   */s/ Allison D. Byman*
                                                                            Allison D. Byman, Trustee
                                                                            SBN 24040773
                                                                            Total Plaza
                                                                            1201 Louisiana, 28th Floor
                                                                            Houston, Texas  77002
                                                                            (713) 759-0818 Telephone
                                                                            (713) 759-6834 Facsimile
                                                                            adb@hwa.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Refund; Medicare Cost Report | 1229-000 | $1,100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,100,000.00** |

The Uniform Transaction Code is an accounting code assigned by the Trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 4110-000 | $1,475,838.44 | $1,475,838.44 | $0.00 | $0.00 |
| 6 | Texas Workforce Commission | 4110-000 | $182,657.20 | $182,657.20 | $182,657.20 | $0.00 |
| 12 | Harris County et al | 4110-000 | $29,742.30 | $29,742.30 | $29,742.30 | $0.00 |
| 20 | Lease Corporation of America | 4110-000 | $37,463.88 | $37,463.88 | $37,463.88 | $0.00 |
| 33 | Det Norske Veritas Healthcare | 4110-000 | $20,000.00 | $20,000.00 | $20,000.00 | $0.00 |
| 44 | Bayou City Research Ltd | 4110-000 | $79,200.00 | $79,200.00 | $79,200.00 | $0.00 |
| 48 | Iron Mountain Information Management, Inc. | 4110-000 | $17,007.34 | $864.00 | $0.00 | $0.00 |
| 49 | 5556 Gasmer Management, LLC | 4110-000 | $664,766.74 | $791,264.84 | $791,264.84 | $0.00 |
| 52 | 5556 Gasmer Management, LLC | 4110-000 | $664,766.74 | $66,476.74 | $66,476.74 | $0.00 |
| 54 | Regions Bank | 4110-000 | $3,997,215.08 | $3,997,215.08 | $3,997,215.08 | $27,319.38 |
| 62 | City of Baytown | 4110-000 | $318.48 | $318.48 | $318.48 | $0.00 |
| 67 | Harris County et al | 4110-000 | $22,377.95 | $22,377.95 | $22,377.95 | $0.00 |
| | Gasmer Management | 4110-000 | $791,264.74 | $0.00 | $0.00 | $0.00 |
| | Regions Bank | 4110-000 | $3,997,215.08 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,979,833.97** | **$6,703,418.91** | **$5,226,716.4** | **$27,319.38** |

UST Form 101-7-TDR (10/1/2010)

|   |   |   | 7 |
|---|---|---|---|

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Green Bank | 2600-000 | NA | $3,875.70 | $3,875.70 | $3,875.70 |
| United States Trustee | 2950-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Accountant for Trustee Fees, Accountant for Trustee | 3410-000 | NA | $12,717.00 | $12,717.00 | $12,717.00 |
| Accountant for Trustee Expenses, Accountant for Trustee | 3420-000 | NA | $328.10 | $328.10 | $328.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | NA | $23,420.80 | $23,420.80 | $23,420.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation, Trustee | 6101-000 | NA | $151,736.63 | $151,736.63 | $151,736.63 |
| Allison D. Byman, Trustee | 6102-000 | NA | $1,933.90 | $1,933.90 | $1,933.90 |
| Porter Hedges, LLP, Attorney for Trustee/D-I-P | 6210-000 | NA | $47,504.55 | $47,504.55 | $47,504.55 |
| Husch Blackwell, LLP, Attorney for D-I-P | 6210-160 | NA | $526,647.36 | $526,647.36 | $702,196.48 |
| Sullivan Stolier Knight, LC, Special Counsel | 6210-600 | NA | $26,291.28 | $26,291.28 | $26,291.28 |
| Porter Hedges, LLP, Attorney for Trustee/D-I-P | 6220-000 | NA | $3,745.64 | $3,745.64 | $3,745.64 |
| Sullivan Stolier Knight, LC, Special Counsel | 6220-610 | NA | $295.04 | $295.04 | $295.04 |
| Pamela Rose, Other Professional | 6700-000 | NA | $115,556.30 | $115,556.30 | $115,556.30 |
| Pamela Rose | 6710-390 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** |  | NA | $873,710.70 | $873,710.70 | $1,049,259.82 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Internal Revenue Service | 5800-000 | $1,113,852.44 | $1,113,852.44 | $0.00 | $0.00 |
| 8 | Centerpoint Energy | 5800-000 | $4,399.24 | $4,399.24 | $4,399.24 | $0.00 |
| 10 | Rosrin Wuithiranyagool | 5800-000 | $715.29 | $715.29 | $715.29 | $0.00 |
| 11 | Abel A. Montalvo | 5800-000 | $237.15 | $237.15 | $237.15 | $0.00 |
| 42 | Comptroller of Public Accounts | 5800-000 | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 |
| 51 | 5556 Gasmer Management, LLC | 5800-000 | $39,264.40 | $39,264.40 | $39,264.40 | $0.00 |
| 61 | Internal Revenue Service | 5800-000 | $202,850.11 | $202,850.11 | $202,850.11 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,362,318.63 | $1,362,318.63 | $248,466.19 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1B | Internal Revenue Service | 7100-000 | $202,850.11 | $129,002.44 | $129,002.44 | $0.00 |
| 2 | j2 Global Communications Inc | 7100-000 | $2,551.53 | $2,551.53 | $2,551.53 | $0.00 |
| 3 | W W Grainger, Inc. | 7100-000 | $1,923.82 | $1,923.82 | $1,923.82 | $0.00 |
| 4 | Tejas | 7100-000 | $3,136.34 | $3,136.34 | $3,136.34 | $0.00 |
| 5 | Sullivan Stolier & Resor | 7100-000 | $4,750.00 | $4,750.00 | $4,750.00 | $0.00 |
| 7 | GlaxoSmithKline Pharmaceuticals | 7100-000 | $9,790.00 | $9,790.00 | $9,790.00 | $0.00 |
| 9 | Jennifer Vester | 7100-000 | $200,000.00 | $200,000.00 | $200,000.00 | $0.00 |
| 13 | Logix Communications | 7100-000 | $4,583.17 | $4,583.17 | $4,583.17 | $0.00 |
| 14 | AmerisourceBergen Drug Corporation | 7100-000 | $26,781.00 | $26,781.26 | $26,781.26 | $0.00 |
| 15 | Jorge Raichman, M.D. | 7100-000 | $30,000.00 | $30,000.00 | $30,000.00 | $0.00 |
| 16 | TW Telecom Inc | 7100-000 | $1,408.48 | $1,408.48 | $1,408.48 | $0.00 |
| 17 | Dr. Eileen Starbranch | 7100-000 | $20,000.00 | $20,000.00 | $20,000.00 | $0.00 |
| 18 | Tip-In Enterprises | 7100-000 | $4,025.00 | $4,025.00 | $4,025.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Mid-West Electric Co., Inc. | 7100-000 | $2,470.79 | $2,470.79 | $2,470.79 | $0.00 |
| 21 | Airgas USA, LLC f/k/a Airgas SouthWest, Inc. | 7100-000 | $2,475.28 | $2,475.28 | $2,475.28 | $0.00 |
| 22 | United Auto Center | 7100-000 | $138,659.54 | $138,659.54 | $138,659.54 | $0.00 |
| 23 | TXU Energy Retail Company LLC | 7100-000 | $10,182.97 | $10,182.97 | $10,182.97 | $0.00 |
| 24 | Frank Blair | 7100-000 | $10,182.97 | $23,285.02 | $23,285.02 | $0.00 |
| 25 | Frank Blair | 7100-000 | $5,769.24 | $5,769.24 | $5,769.24 | $0.00 |
| 26 | Citgo Check Cash, Attn: Mohammad Uddin | 7100-000 | $10,848.29 | $10,848.29 | $10,848.29 | $0.00 |
| 27 | Nursefinders, LLC | 7100-000 | $319,893.03 | $319,893.03 | $319,893.03 | $0.00 |
| 28 | FedEx TechConnect, Inc. | 7100-000 | $312.12 | $312.12 | $312.12 | $0.00 |
| 29 | Medline Industries, Inc | 7100-000 | $2,833.68 | $2,833.68 | $2,833.68 | $0.00 |
| 30 | Medline Industries, Inc | 7100-000 | $7,049.48 | $7,049.48 | $7,049.48 | $0.00 |
| 31 | City of Houston, Texas | 7100-000 | $175.00 | $175.00 | $175.00 | $0.00 |
| 32 | City of Houston, Texas | 7100-000 | $6,705.18 | $6,705.18 | $6,705.18 | $0.00 |
| 34 | IPFS Corporation | 7100-000 | $4,786.10 | $4,786.10 | $4,786.10 | $0.00 |
| 35 | Elite Clinical Laboratory LLC | 7100-000 | $158,993.62 | $158,993.62 | $158,993.62 | $0.00 |
| 36 | ADT Security Services | 7100-000 | $701.26 | $701.26 | $701.26 | $0.00 |
| 37 | T-System, Inc. | 7100-000 | $2,302.26 | $2,302.26 | $2,302.26 | $0.00 |
| 38 | Xerox Corporation | 7100-000 | $2,832.90 | $2,832.90 | $2,832.90 | $0.00 |
| 39 | Verizon Wireless | 7100-000 | $10,638.41 | $10,638.41 | $10,638.41 | $0.00 |
| 40 | Verizon | 7100-000 | $6,372.12 | $6,372.12 | $6,372.12 | $0.00 |
| 41 | FireTron, Inc. | 7100-000 | $8,312.94 | $8,312.94 | $8,312.94 | $0.00 |
| 43 | Matthew Brams, MD | 7100-000 | $24,566.75 | $24,566.75 | $24,566.75 | $0.00 |
| 45 | Bhandara Family Living Trust | 7100-000 | $418,982.49 | $418,982.49 | $418,982.49 | $0.00 |
| 46 | 5556 Gasmer, L.P. | 7100-000 | $1,149,463.85 | $1,149,463.85 | $1,149,463.85 | $0.00 |
| 47 | Feroze Bhandara | 7100-000 | $1,110,635.09 | $1,110,635.09 | $1,110,635.09 | $0.00 |
| 48A | Iron Mountain Information | 7100-000 | $17,007.34 | $16,143.34 | $16,143.34 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Management, Inc. | | | | | |
| 50 | 5556 Gasmer Management, LLC | 7100-000 | $105,505.46 | $105,505.46 | $105,505.46 | $0.00 |
| 53 | Security Nationwide Services Inc. | 7100-000 | $16,331.15 | $16,331.15 | $16,331.15 | $0.00 |
| 55 | Prognosis Health Information Systems, LLC | 7100-000 | $1,447,611.18 | $1,447,611.18 | $1,447,611.18 | $0.00 |
| 56 | Memorial Hermann Hospital System | 7100-000 | $2,108.75 | $2,108.75 | $2,108.75 | $0.00 |
| 57 | Luby's Fuddruckers Restaurants LLC | 7100-000 | $135,649.68 | $135,649.68 | $135,649.68 | $0.00 |
| 58 | Security Nationwide Services Inc. | 7100-000 | $16,331.15 | $16,331.15 | $16,331.15 | $0.00 |
| 59 | Texas Health and Human Services Commission | 7100-000 | $1.00 | $1.00 | $1.00 | $0.00 |
| 60 | Texas Health and Human Services Commission | 7100-000 | $1.00 | $1.00 | $1.00 | $0.00 |
| 63 | Remote Pharmacy Staffing | 7100-000 | $27,500.00 | $27,500.00 | $27,500.00 | $0.00 |
| 64 | TW Telecom Inc | 7100-000 | $3,980.54 | $3,980.54 | $3,980.54 | $0.00 |
| 65 | Texas Workforce Commission | 7100-000 | $3,881.70 | $3,881.70 | $3,881.70 | $0.00 |
| 66 | U.S. Dept of Health and Human Services | 7100-000 | $1,736,058.40 | $1,736,058.40 | $1,736,058.40 | $0.00 |
| 68 | Texas Workforce Commission | 7100-000 | $4,227.58 | $4,227.58 | $4,227.58 | $0.00 |
| 69 | Airgas USA, LLC | 7100-000 | $829.63 | $829.63 | $829.63 | $0.00 |
| 70 | Airgas USA, LLC | 7100-000 | $829.63 | $466.50 | $466.50 | $0.00 |
| | Frank Blair | 7100-000 | $23,285.02 | $0.00 | $0.00 | $0.00 |
| | Security Nationwide Services | 7100-000 | $16,331.15 | $0.00 | $0.00 | $0.00 |
| | Windsor EMS Inc | 7100-000 | $10,075.28 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,495,490.45 | $7,383,826.51 | $7,383,826.51 | $0.00 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 12-33651-H1-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | WESTBURY COMMUNITY HOSPITAL LLC | Date Filed (f) or Converted (c): | 08/10/2015 (c) |
| For the Period Ending: | 4/26/2017 | §341(a) Meeting Date: | 06/19/2012 |
| | | Claims Bar Date: | |

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **Ref. #** | | | | | |
| 1  Checking Account (Wallis State Bank, 4100 Westheimer, #100, Houston, Texas 77027) | $124,009.64 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured Creditor; Wallis State Bank | | | | | |
| 2  Security Deposit (5556 Gasmer, 6060 Richmond Avenue, #380, Houston, Texas 77057) | $100,000.00 | $100,000.00 | | $0.00 | FA |
| **Asset Notes:** 07/21/15; #697; Order Approving Sale of Substantially All The Debtor's Assets Free and Clear and Liens, Claims and Encumbrances (Security Deposit compromised through this Order) | | | | | |
| 3  Computer and Video Equipment | $70,000.00 | $70,000.00 | | $0.00 | FA |
| **Asset Notes:** 07/21/15; #697; Order Approving Sale of Substantially All The Debtor's Assets Free and Clear and Liens, Claims and Encumbrances | | | | | |
| 4  Account Receivables | $6,452,901.01 | $6,452,901.01 | | $0.00 | FA |
| **Asset Notes:** 07/21/15; #697; Order Approving Sale of Substantially All The Debtor's Assets Free and Clear and Liens, Claims and Encumbrances | | | | | |
| 5  Ten (10) Passenger Vans | $127,734.00 | $127,734.00 | | $0.00 | FA |
| **Asset Notes:** 09/21/12; #175; Agreed Order Granting Relief From Automatic Stay | | | | | |
| 6  Office Equipment | $127,110.00 | $127,110.00 | | $0.00 | FA |
| **Asset Notes:** 07/21/15; #697; Order Approving Sale of Substantially All The Debtor's Assets Free and Clear and Liens, Claims and Encumbrances | | | | | |
| 7  Pharmacy | $134,837.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Secured Creditor; AmerisourceBergen Drug Corporation | | | | | |
| 8  Refund; Medicare Cost Report            (u) | Unknown | $0.00 | | $1,100,000.00 | FA |
| **Asset Notes:** 07/21/15; #697; Order Approving Sale of Substantially All The Debtor's Assets Free and Clear of Liens, Claims and Encumbrances | | | | | |
| **TOTALS (Excluding unknown value)** | **$7,136,591.65** | **$6,877,745.01** | | **$1,100,000.00** | **Gross Value of Remaining Assets**<br>**$0.00** |

**Major Activities affecting case closing:**

09/15/2015   Sale took place during the Chapter 11; waiting fro Medicare cost report refund which will be only Ch 7 asset; it is past due because of Medicare audit process which could take up to one (1) year.

Initial Projected Date Of Final Report (TFR):   12/31/2016     Current Projected Date Of Final Report (TFR):     /s/ ALLISON D. BYMAN

ALLISON D. BYMAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 12-33651-H1-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | WESTBURY COMMUNITY HOSPITAL LLC | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3311 | | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/14/2012 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/26/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/23/2015 | (8) | Hopebridge Hospital Houston, LLC | 07/21/15; #697 | 1229-000 | $1,100,000.00 | | $1,100,000.00 |
| 12/23/2015 | 3001 | Husch Blackwell, LLP | 10/13/15; #726 (75%) | 6210-160 | | $526,647.36 | $573,352.64 |
| 12/23/2015 | 3002 | Porter & Hedges | 10/20/15; #728 (75%) | * | | $38,437.64 | $534,915.00 |
| | | | Attorney for Trustee/D-I-P Fees            $(34,692.00) | 6210-000 | | | $534,915.00 |
| | | | Attorney for Trustee/D-I-P Expenses        $(3,745.64) | 6220-000 | | | $534,915.00 |
| 12/23/2015 | 3003 | Allison D. Byman, Trustee | 10/26/15; #732 | 6101-000 | | $153,670.53 | $381,244.47 |
| 12/23/2015 | 3003 | VOID: Allison D. Byman, Trustee | incorrect amount | 6101-003 | | ($153,670.53) | $534,915.00 |
| 12/23/2015 | 3004 | Allison D. Byman, Trustee | 10/26/15; 732 (75%) | * | | $115,252.90 | $419,662.10 |
| | | | Trustee Compensation                        $(113,319.00) | 6101-000 | | | $419,662.10 |
| | | |                                             $(1,933.90) | 6102-000 | | | $419,662.10 |
| 12/23/2015 | 3005 | Sullivan Stolier Knight, LC | 07/23/14; #469 | 6210-600 | | $3,286.90 | $416,375.20 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $406.33 | $415,968.87 |
| 01/19/2016 | 3006 | Sullivan Stolier Knight, LC | 01/15/16; #742 | * | | $16,726.60 | $399,242.27 |
| | | | Special Counsel for the Trustee Fees (75%)  $(16,431.56) | 6210-600 | | | $399,242.27 |
| | | | Special Counsel for the Trustee Expenses (100%) $(295.04) | 6220-610 | | | $399,242.27 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $671.23 | $398,571.04 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $604.27 | $397,966.77 |
| 03/08/2016 | 3007 | Pamela Rose | 03/03/16; #758; Patient Care Ombudsman | 6700-000 | | $75,000.00 | $322,966.77 |
| 04/01/2016 | | Green Bank | Bank Service Fee for March | 2600-000 | | $599.24 | $322,367.53 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $520.20 | $321,847.33 |
| 05/24/2016 | 3008 | Pamela Rose | 05/18/16; #767; Patient Care Ombudsman | 6700-000 | | $30,417.30 | $291,430.03 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $502.61 | $290,927.42 |
| 06/15/2016 | 3009 | Husch Blackwell, LLP | 10/13/15; #726 (25%) | 6210-160 | | $175,549.12 | $115,378.30 |
| 06/15/2016 | 3010 | Porter Hedges, LLP | 10/20/15; #728 (25%) | 6210-000 | | $12,812.55 | $102,565.75 |
| 06/15/2016 | 3011 | Allison Byman, Trustee | 10/26/15; #732 (25%) | 6101-000 | | $38,417.63 | $64,148.12 |
| 06/15/2016 | 3012 | Pamela Rose | 03/03/16; #758; Patient Care Ombudsman | 6700-000 | | $10,139.00 | $54,009.12 |
| 06/15/2016 | 3013 | Sullivan Stolier Knight, LC | 01/15/16; #742 | 6210-600 | | $6,572.82 | $47,436.30 |

                                                                                         **SUBTOTALS**    $1,100,000.00      $1,052,563.70

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-33651-H1-7 | | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|---|
| Case Name: | WESTBURY COMMUNITY HOSPITAL LLC | | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3311 | | | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 5/14/2012 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/26/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $368.71 | $47,067.59 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $128.73 | $46,938.86 |
| 08/25/2016 | 3014 | KenWood & Associates, PC | 08/24/16; #772 | * | | $13,045.10 | $33,893.76 |
| | | | Accountant for Trustee Fees    $(12,717.00) | 3410-000 | | | $33,893.76 |
| | | | Accountant for Trustee Expenses    $(328.10) | 3420-000 | | | $33,893.76 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $74.38 | $33,819.38 |
| 01/26/2017 | 3015 | Regions Bank | Prorata Distribution; Claim No. 54 | 4110-000 | | $27,319.38 | $6,500.00 |
| 01/26/2017 | 3016 | United States Trustee | Final Distribution; Claim No. 71 | 2950-000 | | $6,500.00 | $0.00 |
| | | | TOTALS: | | $1,100,000.00 | $1,100,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,100,000.00 | $1,100,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,100,000.00 | $1,100,000.00 | |

| For the period of 5/14/2012 to 4/26/2017 | | For the entire history of the account between 12/14/2015 to 4/26/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,100,000.00 | Total Compensable Receipts: | $1,100,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,100,000.00 | Total Comp/Non Comp Receipts: | $1,100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,100,000.00 | Total Compensable Disbursements: | $1,100,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,100,000.00 | Total Comp/Non Comp Disbursements: | $1,100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-33651-H1-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | WESTBURY COMMUNITY HOSPITAL LLC | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3311 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 5/14/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/26/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,100,000.00 | $1,100,000.00 | $0.00 |

**For the period of 5/14/2012 to 4/26/2017**

| Total Compensable Receipts: | $1,100,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,100,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/10/2015 to 4/26/2017**

| Total Compensable Receipts: | $1,100,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,100,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,100,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,100,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN